**Motion Granted in Part and Order filed November 1, 2012**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00753-CV
———————

**PARHAM FAMILY LIMITED PARTNERSHIP AND VAN E. PARHAM, JR.,**
**Appellants**

**V.**

**DIANE MORGAN F/KA/ DIANE PARHAM, Appellee**

**&**

———————

## NO. 14-12-00795-CV

———————

**PARHAM ENTERPRISES, Appellant**

**V.**

**DIANE MORGAN F/K/A DIANE PARHAM, Appellee**

On Appeal from County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 933543

# ORDER

On August 15, 2012, Parham Family Limited Partnership and Van E. Parham, Jr. filed a notice of appeal from the judgment signed August 8, 2012, and the appeal was assigned to this court under our appellate number 14-12-00753-CV. On August 30, 2012, Parham Enterprises filed a notice of appeal from the same judgment, which was assigned to this court under our appellate number 14-12-00795-CV. On September 21, 2012, Parham Family Limited Partnership and Van E. Parham, Jr. moved to consolidate the related appeals. The motion is **GRANTED IN PART** and we issue the following order:

We order the appeals pending under our appellate case numbers 14-12-00753-CV and 14-12-00795-CV **CONSOLIDATED.** The existing filing deadlines in case number 14-12-00753-CV will apply to both cases. Accordingly, the record is due December 6, 2012.

All documents filed from this date forward are to be identified with appellate case number 14-12-00753-CV and are to be filed in that case. Further, we order the record filed in our appellate case number 14-12-00195-CV transferred to appellate case number 14-12-00753-CV.

## PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.